# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 426 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| KERNICE MARTIN, | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| Defendant. | ) | |

This matter came before the Court upon Defendant, Kernice Martin's Motion for Relief from Judgment Under Rule 60(b)(6) -(d)(1)-(3). (ECF #88). He sought relief from the "judgment against him," and specifically disavowed that he was asking the Court to revisit his motion under 18 U.S.C. §2255, or was attempting to file a second or successive petition under §2255. For the reasons set forth below, in the Court's Memorandum and Opinion on April 1, 2025, the Defendant's Motion was denied. (ECF #89). A reasonable jurist could not conclude that denial of Mr. Martin's motion was in error or that Petitioner should be permitted to proceed further. For these reasons, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. IT IS SO ORDERED.

DATED: May 27, 2025

DONALD C. NUGENT
United States District Judge